

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2015

No. 04-15-00175-CV

**TEXAS MUTUAL INSURANCE COMPANY**,
Appellant

v.

Andrew S. **MCGAHEY**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12185
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellee Andrew S. McGahey's brief was due October 28, 2015. Neither the brief nor a motion for extension of time has been filed.

We **order** appellee's brief due **November 16, 2015**. If the brief or a motion for extension of time that complies with Rule 10.5(b) of the Texas Rules of Appellate Procedure is not filed by the date ordered, we may order the case submitted without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court